## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: April 5, 2019<br>Index # 1:19-cv-01979-ENV-RML |

*Shonda Fernandez*          Plaintiff

against

*Wenig Saltiel LLP, et al*          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Felix Correa_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____April 9, 2019_____, at ___11:45 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on _____Wenig Saltiel LLP_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _121-1505 Limited Liability Partnership Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: _55-60_   Approx. Wt: _125lbs_   Approx. Ht: _5'1_
Color of skin: _White_   Hair color: _Red/Blonde_   Sex: _Female_   Other: _____

Sworn to before me on this

_9th_ day of April 2019

*HMorg* (signature)
HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2020

(signature)
Felix Correa
**Attny's File No.**
Invoice·Work Order # S1821355

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**