AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

Shonda Fernandez
　　　　　Plaintiff(s),
v.
Wenig Saltiel LLP, et al.
　　　　　Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-01979

Notice is hereby given that, subject to approval by the court, __Plaintiff, Shonda Fernandez,__ substitutes
(Party (s) Name)

__Silvia C. Stanciu__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Louis M. Leon__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
　　Firm Name:　　Phillips & Associates, PLLC
　　Address:　　　45 Broadway, Suite 620
　　Telephone:　　(212) 248-7431　　　Facsimile _____
　　E-Mail (Optional):　sstanciu@tpglaws.com

I consent to the above substitution.
Date: 10/23/2019
　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 10/17/19
　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/18/19
　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]