

## LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

January 23, 2020

***Via Electronic Case Filing***
Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Fernandez v. Wenig Saltiel et al.*
                Case No.: 1:19-cv-01979-ENV-RML

Your Honor:

      This firm formerly represented Plaintiff Shonda Fernandez in the above-referenced discrimination matter, and as of this moment we continue being the attorney of record for Ms. Fernandez. On October 4, 2019, Ms. Fernandez's new legal representatives, Philips & Associates, PLLC, filed their notice of appearance. [DE 18]. Then on October 24, 2019, Philips & Associates PLLC, filed a fully executed "Consent Order Granting Substitution of Attorney" for the Court's consideration. [DE 19]. The Court has not yet So Ordered this document or otherwise relieved the undersigned from this case. As there is a status conference scheduled for February 4th, we respectfully request to be relieved from the case and certainly from having to attend the conference. We thank the Court for its time and consideration.

                                              Respectfully Submitted,
                                              _____/s/_____
                                              Louis M. Leon, Esq.