# EXHIBIT B



















See All Friends

Posts



**Mark Koppelman**
Aug 10, 2010 at 11:08 AM ·

this is the blue coat saying hello to the gray coat.



**Ira Greene**
In New York, New York

→ Share



**Mark Koppelman**
Aug 10, 2010 at 10:20 AM ·







Greg Hernandez

 Follow  Message  More

Lives in **North Baltimore, Ohio**

From **Bronx, New York**

  

 **Add Your Current City**
You can also add where you live to your profile to help friends connect with you. ADD CITY

