UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X   Case No. 1:19-cv-01979-ENV-RML

SHONDA FERNANDEZ,

                Plaintiff,

    - against -                                    **MOTION TO WITHDRAW
                                                                     AS COUNSEL**

WENIG SALTIEL LLP, IRA GREENE, JEFFREY L.
SALTIEL, and MERYL WENIG,

                Defendants.
--------------------------------------------------------------------X

      I, Silvia C. Stanciu, Esq., an Associate at PHILLIPS & ASSOCIATES, Attorneys at Law, PLLC, respectfully request that the appearance of Yusha D. Hiraman, Esq., as counsel for Plaintiff in the above-captioned action be withdrawn and further request that her name be removed from the Court's and parties' service lists, as she no longer works for the firm. Ms. Hiraman will not retain a retaining lien or a charging lien.  PHILLIPS & ASSOCIATES, Attorneys at Law, PLLC will continue to serve as counsel for Plaintiff, and no party will be prejudiced if this Motion is granted.

      **WHEREFORE**, the undersigned counsel respectfully requests that the Court permit Yusha D. Hiraman, Esq. to withdraw as counsel for Plaintiff in this matter.

Dated:  New York, New York
           May 9, 2022

                                                                     Respectfully Submitted,

                                                                   /s/ Silvia C. Stanciu, Esq.
                                                                 Silvia C. Stanciu, Esq.
                                                                  **PHILLIPS & ASSOCIATES, PLLC**
                                                                  *Attorneys for Plaintiff*
                                                                  45 Broadway, Suite 430
                                                                  New York, NY 10006
                                                                  sstanciu@tpglaws.com