UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHONDA FERNANDEZ,

       Plaintiff,       **STIPULATION AND**
                  **[PROPOSED] ORDER**
  -against-           **SUBSTITUTING COUNSEL**

WENIG SALTIEL LLP, IRA GREENE,
JEFFREY L. SALTIEL, and MERYL L. WENIG,  Case No. 19-CV-01979-AMD-MMH

       Defendants.
------------------------------------------------------------X

  The undersigned counsel hereby stipulate and consent to the substitution of the law firm of Wenig Saltiel LLP as attorneys of record, *pro se*, for Defendants Wenig Saltiel LLP, Jeffrey L. Saltiel, and Meryl L. Wenig in the above-captioned action in place and instead of the law firm of Stein & Nieporent LLP.

Dated: March 21, 2023

| **WENIG SALTIEL LLP** | **STEIN & NIEPORENT LLP** |
|---|---|
| By: /s/ Howard S. Bonfield | By: /s/ David Stein |
| 321 Broadway, 2nd Floor<br>New York, New York 10007<br>Tel: (718) 797-5700<br>hbonfield@ltattorneys.com | 1441 Broadway, Suite 6090<br>New York, New York 10018<br>Tel: (212) 308-3444<br>dstein@steinllp.com |

SO ORDERED:

_____

Dated: _____, 2023
   Brooklyn, New York