UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHONDA FERNANDEZ,

                           Plaintiff,                    **NOTICE OF MOTION**

     -against-

                                                            Case No. 19-CV-01979-AMD-MMH

WENIG SALTIEL LLP, IRA GREENE,
JEFFREY L. SALTIEL, and MERYL L. WENIG,

                           Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the accompanying affidavits/declarations with exhibits annexed thereto, the Local Rule 56.1 Statement, the Memorandum of Law in Support, and upon all prior pleadings and proceedings had herein, Defendants Wenig Saltiel LLP, Jeffrey L. Saltiel, and Meryl L. Wenig (collectively "Defendants"), by their undersigned attorneys, will move this Court at the Brooklyn Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants' Motion for Summary Judgment and dismissing the Complaint in its entirety with prejudice, together with such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument.

Dated:  New York, New York
          March 24, 2023

                                                                **WENIG SALTIEL LLP**

                                                                *Attorneys for Defendants*

                                                                By: /s/ Howard S. Bonfield
                                                                321 Broadway, 2nd Floor
                                                                New York, New York 10007