UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHONDA FERNANDEZ,

                      Plaintiff,

        -against-

WENIG SALTIEL LLP, IRA GREENE,
JEFFREY L. SALTIEL, and MERYL L. WENIG,

                    Defendants.

-------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 19-CV-01979-AMD-MMH

      **PLEASE TAKE NOTICE** of my appearance on behalf of defendant Wenig Saltiel LLP,

and individual defendants Jeffrey L. Saltiel, and Meryl L. Wenig. I certify that I was admitted to

practice in this Court on May 1, 2023. My Bar Code is 4753299.

Dated: New York, New York
     May 22, 2023

                  **WENIG SALTIEL LLP**

By: _____
            Geoffrey Bowser

            *Attorneys for Defendants*
            *Wenig Saltiel LLP, Jeffrey L.*
            *Saltiel, and Meryl L. Wenig*

            321 Broadway, 2nd Floor
            New York, New York 10007
            (718) 797-5700
            Email: gbowser@ltattorneys.com